IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TITI PIERCE, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 5:16-CV-207 (LJA) |
| | : | |
| WARNER BROS. | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Before the Court is the Joint Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and to Stay Discovery.  (Doc. 8.)  The parties jointly request that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (Doc. 6) be extended to September 30, 2016 and the deadline for Defendant to reply in support of its Motion to Dismiss be extended to November 4, 2016.  (Doc. 8 at 1.)  They further request that discovery in this case be stayed, including deadlines for initial disclosures and the submission of the proposed scheduling and discovery order until fourteen days after the Court's ruling on Defendant's Motion to Dismiss.  (*Id.*)

The parties represent that the extensions to the Motion to Dismiss briefing are necessary to allow the parties to fully respond to the issues raised in the Motion to Dismiss and to accommodate competing deadlines facing Plaintiff's counsel.  (*Id.* at 2.)  They further request that discovery be stayed because Defendant's Motion to Dismiss seeks to dismiss Plaintiff's Complaint entirely and resolution of the motion may either dispose of the case or narrow the issues for discovery.  (*Id.*)

For good cause shown, the Joint Motion is **GRANTED**.  The Court **HEREBY ORDERS** that:

- Plaintiff's response to Defendant's Motion to Dismiss shall be filed no later than **Friday, September 30, 2016**.

- Defendant's reply in support of its Motion to Dismiss shall be filed no later than **Friday, November 4, 2016**.
- Discovery in this matter, including the deadline for serving initial disclosures and submitting the Proposed Scheduling and Discovery Order, is **STAYED** until **fourteen days** after the Court's ruling on Defendant's Motion to Dismiss.

**SO ORDERED**, this 10th day of August, 2016.

                                                /s/ Leslie J. Abrams
                                        **LESLIE J. ABRAMS, JUDGE**
                                        **UNITED STATES DISTRICT COURT**