IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TITI PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 5:16-CV-207 (LJA) |
| v. | ) |
| | ) |
| WARNER BROS. | ) |
| ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

**<u>RESPONSE CONFIRMING NO OPPOSITION TO MOTION TO AMEND</u>**

Defendant Warner Bros. Entertainment, Inc. ("Warner Bros.") hereby responds to Plaintiff Titi Pierce's Unopposed Motion for Leave to Amend Complaint and Brief in Support ("Motion to Amend"), respectfully showing the Court as follows:

1. Plaintiff filed her Complaint on June 2, 2016. (Doc. 1).

2. On August 2, 2016, in response to the Complaint, Defendant filed its Motion to Dismiss (Doc. 6), which seeks to dismiss the Complaint in its entirety.

3. Pursuant to the Court's Order dated August 10, 2016, Plaintiff's deadline to respond to Defendant's Motion to Dismiss was September 30, 2016, and Defendant's deadline to reply in support of its Motion to Dismiss is November 4, 2016. (Doc. 10).

4. On September 30, 2016, Plaintiff filed a response in opposition to Defendant's Motion to Dismiss (Doc. 11), as well as a Motion to Amend and Proposed Amended Complaint (Docs. 12; 12-1).

5. Defendant confirms that it consents to Plaintiff's amending her complaint.

6. Pursuant to Fed. R. Civ. P. 15(a)(2), a party may amend its pleading with the opposing party's written consent, which Defendant hereby provides, or by motion. If a party

moves to amend, a district court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2); *see also Shipner v. E. Air Lines, Inc.*, 868 F.2d 401, 407 (11th Cir. 1999) (noting that under Rule 15(a)'s liberal amendment policy, "unless a substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial").

7. Upon the filing of Plaintiff's amended complaint, Defendant's Motion to Dismiss the original complaint will be moot. *See, e.g.*, *Williams v. Davis Transfer Co.*, No. 3:12-CV-31 CDL, 2012 WL 4049432, at *1 n.1 (M.D. Ga. Sept. 13, 2012); *M.W. ex rel Wang v. Clarke Cty. Sch. Dist.*, No. 3:06-CV-49CDL, 2007 WL 2765572, at *1 (M.D. Ga. Sept. 20, 2007) (dismissing defendants' pending motions to dismiss the original complaint as moot after granting plaintiffs' motion to amend); *see also Pintando v. Miami-Dade Hous. Agency*, 501 F.3d 1241, 1243 (11th Cir. 2007) ("As a general matter, [a]n amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." (internal quotation marks and citation omitted)).

8. Because Defendant plans to move to dismiss Plaintiff's amended complaint after filing and does not wish to unnecessarily delay consideration of this motion, Defendant respectfully requests that the Court allow Plaintiff to amend her complaint and order Plaintiff to file her amended complaint promptly so that Defendant may respond as anticipated.

Respectfully submitted, this 18th day of October 2016.

/s/ Thomas M. Clyde
Thomas M. Clyde
  Georgia Bar No. 170955
Ava J. Conger
  Georgia Bar No. 676247

KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800
1100 Peachtree Street, NE
Atlanta, Georgia  30309-4528
(404) 815-6038
TClyde@KilpatrickTownsend.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Thomas Clyde, do hereby certify that, on this date, I served a copy of the foregoing RESPONSE CONFIRMING NO OPPOSITION TO MOTION TO AMEND upon the following party using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

> Stacey Godfrey Evans
> S.G. Evans Law, LLC
> 1180 West Peachtree Street
> Suite 2400
> Atlanta, GA 30309

Dated: October 18, 2016.

/s/ Thomas M. Clyde
Thomas M. Clyde
Georgia Bar No. 170955
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800
1100 Peachtree Street, NE
Atlanta, Georgia 30309-4528
(404) 815-6038
TClyde@KilpatrickTownsend.com

*Counsel for Defendant*