IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TITI PIERCE, | ) |
| Plaintiff, | ) |
| | ) Case No. 5:16-cv-00207-LJA |
| v. | ) |
| WARNER BROS. ENTERTAINMENT, INC. | ) |
| Defendant. | ) |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE
CONFIRMING NO OPPOSITION TO MOTION TO AMEND**

Plaintiff submits this reply to clarify her position with regard to her motion to amend. [Doc. 12].

Plaintiff does not believe the amended complaint is necessary, but filed her motion to amend in an abundance of caution in response to Defendant's claim that she had not properly pled her claims. [*See* Doc. 11 at pp. 15 n.5 and 17 and Doc. 12 at p. 4].

The Court may properly consider the motion to dismiss filed by Defendant [Doc. 6] along with Plaintiff's response [Doc. 11], and Defendant's eventual reply, which is due on November 4, 2016 [*see* Doc. 10]. If the Court finds that Plaintiff sufficiently pled her claims, then no amended complaint is necessary, and Plaintiff's motion could properly be denied as moot. Or, the Court may also rule on the motion to dismiss knowing the contents of the amended complaint and thus narrowing the issues for any future, anticipated motion to dismiss that Defendant may file. The amended complaint affects only two of Plaintiff's four claims. [*Compare* Doc. 1 and Doc. 12].

Given that two briefs have already been submitted to the Court on Defendant's motion to

1

dismiss and the remaining brief needed to complete the record on that motion is due in just over two weeks, Plaintiff submits that it is the more efficient course to allow the Court to rule on that pending motion rather than starting the cycle anew. This is especially true because Defendant's motion could be denied and Plaintiff's motion to amend rendered moot.

Respectfully submitted this 18th day of October 2016.

    /s/ Stacey Godfrey Evans
Stacey Godfrey Evans
stacey@sgevanslaw.com
Georgia Bar No. 298555

**S.G. Evans Law, LLC**
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1402
678-868-1230 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE CONFIRMING NO OPPOSITION TO MOTION TO AMEND** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

This 18th day of October 2016.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans